## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHAN W. BOHN,           )<br>                             )<br>     Plaintiff,              )<br>                             )<br>vs.                          )<br>                             )<br>FRANKLIN COUNTY              )<br>CORRECTIONAL HEALTHCARE,     )<br>JANE DOE 1,                  )<br>JANE DOE 2, and              )<br>ANTHONY SKOBLE,              )<br>                             )<br>     Defendants.             )  | Case No. 23-cv-02708-JPG |

### NOTICE OF IMPENDING DISMISSAL

**GILBERT, District Judge:**

This case was opened on August 4, 2023, upon receipt of a document entitled "New Complaint" filed by Plaintiff Jonathan Bohn. (Doc. 1). At the time of case opening, this Court mailed Plaintiff two Notices concerning the action (*see* Docs. 2 and 3). In the first, Plaintiff was advised of his obligation to either prepay the filing fee of $402.00 or file a motion to proceed *in forma pauperis* ("IFP") without prepayment of the filing fee on or before September 5, 2023. (Doc. 2). In the second, he was instructed to sign and return a Notice and Consent to Proceed Before a Magistrate Judge Jurisdiction Form ("Notice and Consent") on or before August 25, 2023. (Doc. 3). He was also advised of his obligation to promptly notify the Court of any address change within seven days, by filing written Notice of Address Change. (Doc. 2). Plaintiff was reminded of this ongoing obligation to update his address in an Order entered August 14, 2023. (Doc. 4). All three documents were mailed to Plaintiff at the address on file with the Clerk's Office in this action: Franklin County Jail, 403 East Main Street, Benton, IL 62812.

On August 21, 2023, both Notices (Docs. 2 and 3) were returned to this Court undelivered with no forwarding address. (Doc. 5). When Plaintiff missed the deadline for filing his Notice and Consent on August 25, 2023, the Court entered a new Notice extending this deadline to September 1, 2023. (Doc. 6). The Notice and Consent was returned to this Court undelivered with no forwarding address on September 5, 2023. (Doc. 7).

The deadlines for filing a signed Notice and Consent, paying the $402.00 filing fee, or filing an IFP motion have now expired. Plaintiff has complied with none of these Orders by the original or extended deadlines for doing so. Moreover, Plaintiff has not informed the Court of any address change, and the Court will not independently investigate his whereabouts.

Plaintiff is **ORDERED** to provide the Court with his current address, a $402.00 filing fee or IFP motion, and a Notice and Consent on or before **September 26, 2023**. Plaintiff is **WARNED** that failure to comply with this Order shall result in dismissal of this action for noncompliance with the Court's Orders and for want of prosecution under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is **DIRECTED** to mail this Order to Plaintiff at the address on file with the Court: ATTN: Jonathan W. Bohn, Franklin County Jail, 403 East Main Street, Benton, IL 62812.

**IT IS SO ORDERED**.

**DATED: 9/12/2023**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**